Helen F. Dalton & Associates, P.C.
James O'Donnell (JO 8042)
80-02 Kew Gardens Road, Suite 601
Kew Gardens, NY 11415
Telephone: (718) 263-9591

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

YVETTE ROMA, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

DAVID CARMILI, PHYSICIAN, P.C., DAVID CARMILI, as an individual,

                Defendants.

-----------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

**23-cv-4072**

**PLEASE TAKE NOTICE** that HELEN F. DALTON & ASSOCIATES, P.C., attorneys for Plaintiff herein, add the undersigned as co-counsel of record for Plaintiff in this matter:

James O'Donnell (JO 8042) – jamespodonnell86@gmail.com
Helen F. Dalton & Associates, P.C.
Attorneys for Plaintiff
80-02 Kew Gardens Road Suite 601
Kew Gardens, New York 11415
Tel: 718-263-9591

Dated: Kew Gardens, NY
June 1, 2023

                /s/James O'Donnell
                James O'Donnell (JO 8042)
                Helen F. Dalton & Associates, P.C.
                Attorneys for Plaintiff
                80-02 Kew Gardens Road Suite 601
                Kew Gardens, New York 11415