UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
YVETTE ROMA, individually and on behalf of all others similarly situated,

                              Plaintiff,

          -against-

DAVID CARMILI, PHYSICIAN, P.C., DAVID CARMILI, as an individual,

                            Defendants.
---------------------------------------------------------------X

**NOTICE OF APPEARANCE**

23-cv-4072

      **PLEASE TAKE NOTICE**, that HELEN F. DALTON & ASSOCIATES, P.C., attorneys of record for the Plaintiff herein, hereby adds the undersigned as co-counsel of record, for the Plaintiff on this matter:

Avraham Y. Scher, Esq. (5710595) – avi@helendalton.com
**HELEN F. DALTON & ASSOCIATES, P.C.**
*Attorneys for Plaintiff(s)*
80-02 Kew Gardens Road Suite 601
Kew Gardens, New York 11415
Tel: 718-263-9591

Dated: Kew Gardens, New York
       June 1, 2023

                            */s/ Avraham Y. Scher*
                            Avraham Y. Scher, Esq.
                            **HELEN F. DALTON & ASSOCIATES, P.C.**
                            Attorneys for the Plaintiff
                            80-02 Kew Gardens Road
                            Suite 601
                            Kew Gardens, New York 11415